# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABUNDANT HEALTH INC.** | |
| **Plaintiff,** | |
| v. | **CASE NO. 2:18-cv-8947** |
| **ABUNDANT COUNSELING SERVICES, LLC & CHERYL MOSLEY** | |
| **Defendants.** | |

### JOINT MOTION TO CONTINUE HEARING ON
### PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

The Parties hereby jointly stipulate and respectfully request that the Court continue the hearing date currently set for Plaintiff's Motion for Default Judgment of April 24, 2019.

1. On January 10, 2019, Plaintiff, Abundant Health Inc., filed a Motion for Default Judgment as to Defendant Abundant Counseling Services, LLC (Rec. Doc. 16).

2. The Court set an in-court evidentiary hearing on Plaintiff's motion for April 24, 2019 at 9:30 a.m. (Rec. Doc. 20).

3. The Parties jointly request that the Court continue the hearing for two weeks, until May 8, 2019.

4. Good cause exists for the requested continuance as the Parties have reached an agreement on certain principle terms, but require additional time to prepare a final written settlement agreement. Granting the instant motion will allow the Parties the

necessary time to draft and execute a final written settlement agreement while minimizing litigation expenses and the impact on the Court's resources.

NOW THEREFORE, the Parties jointly respectfully request that the Court continue the current hearing date for two weeks, until May 8, 2019.

Dated: April 22, 2019

Respectfully submitted,

By: /s/Stephen Thompson
Alexa Stabler-Adams
Stephen Thompson
AdamsIP, LLC
3014 Dauphine Street
New Orleans, Louisiana 70117
(504) 581-3737
stephen@adamsiplaw.com
*Counsel for Plaintiff*
*Abundant Health Inc.*

By: /s/Stephen Kepper
Gregory D. Latham
Stephen M. Kepper
INTELLECTUAL PROPERTY CONSULTING, LLC
334 Carondelet Street, Suite B
New Orleans, Louisiana 70130
Telephone: (504) 322-7166
Facsimile: (504) 322-7184
glatham@iplawconsulting.com
skepper@iplawconsulting.com
*Counsel for Defendant*
*Abundant Counseling Services, L.L.C.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing JOINT MOTION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT was electronically filed with the Clerk of Court on April 22, 2019 using the Court's CM/ECF system, which will send notifications to all counsel of record.

      By: /s/Stephen Thompson