# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABUNDANT HEALTH INC.**<br><br>            **Plaintiff,**<br><br>    v.<br><br>**ABUNDANT COUNSELING SERVICES, LLC & CHERYL MOSLEY**<br><br>            **Defendants.** | **CASE NO. 2:18-cv-8947** |

## ORDER

Considering the Joint Motion to Continue Hearing on Plaintiff's Motion for Default Judgment filed by Plaintiff Abundant Health Inc. and Defendant Abundant Counseling Services, LLC,

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTER ORDERED that the in-court evidentiary hearing set for April 24, 2019 at 9:30 a.m. (Rec. Doc. 20) on Plaintiff's Motion for Default Judgment (Rec. Doc. 16) is continued until May 8, 2019 at 9:30 a.m.

New Orleans, Louisiana, this ___ day of _____, 2019.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE