IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABUNDANT HEALTH INC.**<br><br>                    **Plaintiff,**<br><br>v.<br><br>**ABUNDANT COUNSELING SERVICES, LLC & CHERYL MOSLEY**<br><br>                    **Defendants.** | CASE NO. 2:18-cv-8947 |

## JOINT MOTION TO DISMISS

In accordance with Federal Rule of Civil Procedure 41, Plaintiff, Abundant Health, Inc., and Defendants, Abundant Counseling Services, LLC and Cheryl Mosley (collectively, the "Parties"), hereby file this Joint Motion to Dismiss and request that the Court dismiss all of Plaintiff's claims against Defendants with prejudice.

In support of this motion, the Parties state that they have entered into a voluntary settlement agreement that fully and finally resolves all claims in the case and therefore the matters in dispute between Plaintiff and Defendants have been resolved.

WHEREFORE, the Parties respectfully request that the Court enter an order dismissing the case with prejudice.

Dated:        May 17, 2019

Respectfully submitted,

By: /s/Stephen C. Thompson
ADAMSIP, LLC
3014 Dauphine Street
New Orleans, Louisiana 70117
(504) 581-3737
stephen@adamsiplaw.com
*Counsel for Plaintiff*

By: /s/Stephen Kepper
Gregory D. Latham
Stephen M. Kepper
INTELLECTUAL PROPERTY CONSULTING, LLC
334 Carondelet Street, Suite B
New Orleans, Louisiana 70130
Telephone: (504) 322-7166
Facsimile: (504) 322-7184
glatham@iplawconsulting.com
skepper@iplawconsulting.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify the foregoing was filed this 17th day of May 2019 with the Clerk of Court using the CM/ECF system, which will send notifications to all counsel of record.

/s/Stephen Thompson

2