## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABUNDANT HEALTH INC.** | |
| **Plaintiff,** | |
| **v.** | **CASE NO. 2:18-cv-8947** |
| **ABUNDANT COUNSELING SERVICES, LLC & CHERYL MOSLEY** | |
| **Defendants.** | |

## <u>ORDER OF DISMISSAL</u>

In accordance with Federal Rule of Civil Procedure 41, Plaintiff Abundant Health, Inc. ("Plaintiff"), and Defendants Abundant Counseling Services, LLC and Cheryl Mosley (collectively "Defendants") have filed a Joint Motion to Dismiss and have requested that the Court dismiss all of Plaintiff's claims against Defendants with prejudice, each party to bear its own costs.

IT IS THEREFORE ORDERED that all of Plaintiff's claims against Defendants are hereby DISMISSED with prejudice, each party to bear its own costs.

IT IS SO ORDERED this _____ day of May, 2019.

_____
HON. CARL J. BARBIER
UNITED STATES DISTRICT JUDGE